WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

|  |  |
|---|---|
| WILLETTE L. MATHEWS, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO[1], <br> Commissioner of Social Security <br> Administration, <br><br> Defendant. | CASE NO.: **EDCV 24-02620 MAA** <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FIVE THOUSAND THREE HUNDRED NINETY-SIX DOLLARS and 74/cents ($5,396.74), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

Date: June 1, 2026

_____
HONORABLE MARIA A. AUDERO
U.S. MAGISTRATE JUDGE

[1] Frank Bisignano is now the Commissioner of the Social Security Administration.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Commissioner Leland Dudek  as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).